**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ALISHA A. GRANT § Case No. 13-19469
§ Hon. JACQUELINE P. COX
§ Chapter 7
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30am on 01/02/2014 in Courtroom 680, Dirksen Federal Building Courthouse, 219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____ By: Clerk U. S. Bankruptcy Court
                                (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN   DISTRICT OF   ILLINOIS
EASTERN DIVISION

In re:   ALISHA A. GRANT   § Case No. 13-19469
§   Hon. JACQUELINE P. COX
§   Chapter 7
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $11,620.00 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $11,620.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $11,620.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| *Trustee, Fees*   ALLAN J. DeMARS | $1,912.00 | $0.00 | $1,912.00 |
| *Trustee, Expenses*   ALLAN J. DeMARS | $8.42 | $0.00 | $8.42 |
| *Attorney for Trustee, Fees* | | | |
| *Attorney for Trustee, Expenses* | | | |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges,* <u>U.S. Bankruptcy Court</u>

*Fees,* <u>United States Trustee</u>

  Other

    Total to be paid for chapter 7 administrative expenses:  $1,920.42
    Remaining balance:  $9,699.58

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for , Fees* | | | |
| *Attorney for , Expenses* | | | |
| *Accountant for , Fees* | | | |
| *Accountant for , Expenses* | | | |
|  Other | | | |

    Total to be paid for prior chapter administrative expenses:  $0.00
    Remaining balance:  $9,699.58

 In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling  $0.00  must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $9,699.58 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $25,486.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Asset Acceptance LLC assignee of Capital One Bank | $11,219.46 | $0.00 | $4,269.88 |
| 2 | American InfoSource LP agent for Midland Funding | $4,975.81 | $0.00 | $1,893.69 |
| 3 | Fifth Third Bank | $3,621.79 | $0.00 | $1,378.38 |
| 4 | Capital One Bank, USA | $565.27 | $0.00 | $215.13 |
| 5 | Capital One Bank, USA | $876.20 | $0.00 | $333.46 |
| 6 | Capital Recovery V, LLC | $2,585.02 | $0.00 | $983.80 |
| 7 | Portfolio Recovery Assoc. successor to Comenity Bank | $1,642.88 | $0.00 | $625.24 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $9,699.58 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0___ percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
          Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street - Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 13-19469-JPC
Alisha A Grant                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina           Page 1 of 2           Date Rcvd: Nov 26, 2013
                              Form ID: pdf006         Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2013.
```
db         +Alisha A Grant,    4235 W. Cullerton St,    APT# 2,   Chicago, IL 60623-2716
20454341   +Blatt, Hasenmiller, Leibsker,  & Moore,   125 S. Wacker Dr. Suite 400,   Chicago, IL 60606-4440
20454329  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   Attn: Bankruptcy Dept.,    Po Box 85520,
             Richmond, VA 23285)
20454323   +Capital ONE, N.A.,   Attn: Bankruptcy Dept.,    Po Box 30273,   Salt Lake City, UT 84130-0273
20454332   +Capital One,   Attn: Bankruptcy Dept.,   Po Box 5253,    Carol Stream, IL 60197-5253
20826850    Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,    PO Box 71083,
             Charlotte, NC  28272-1083
20454331   +Chase,   Attn: Bankruptcy Dept.,   Po Box 15298,    Wilmington, DE 19850-5298
20454345   +Chase Bank,   Bankruptcy Department,   PO Box 15298,    Wilmington, DE 19850-5298
20454333   +Chase-Bp,   Attn: Bankruptcy Dept.,   Po Box 15298,    Wilmington, DE 19850-5298
20454337   +Chase/CC,   Attn: Bankruptcy Dept.,   Po Box 15298,    Wilmington, DE 19850-5298
20454340   +Clerk, First Mun Div,    12 M1 144513,   50 W. Washington St., Rm. 1001,    Chicago, IL 60602-1316
20454343   +Clerk, First Mun Div,    Doc # 2013 M1 109061,   50 W. Washington St., Rm. 1001,
             Chicago, IL 60602-1316
20454325   +Columbia House DVD,    C/O Trident Asset Manageme,   5755 Northpoint Pkwy Ste,
             Alpharetta, GA 30022-1142
20454349   +Comenity Bank,   Attn: Bankruptcy Dept.,    PO Box 182789,   Columbus, OH 43218-2789
20454326   +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,    Atlanta, GA 30374-0241
20454327   +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,    Allen, TX 75013-2002
20779379   +FIFTH THIRD BANK,    9441 LBJ FREEWAY,SUITE 350,    DALLAS,TEXAS 75243-4652
20454338   +Fifth Third BANK,   Attn: Bankruptcy Dept.,    5050 Kingsley Dr,   Cincinnati, OH 45227-1115
20454344   +Fulton Friedman & Gullace LLP,    Bankruptcy Department,    5 E Van Buren # 214,
             Joliet, IL 60432-4224
20454334   +HSBC/Menards,   Attn: Bankruptcy Dept.,   90 Christiana Rd,    New Castle, DE 19720-3118
20454348   +Harris & Harris Ltd.,    Bankruptcy Department,   222 Merchandise Mart Plaza,   #1900,
             Chicago, IL 60654-1421
20454350   +Hudson Acceptance,   190 Moore St.,   Hackensack, NJ 07601-7424
20454347   +John H Stroger,   Attn: Bankruptcy Dept.,   222 Merchandise Mart Plaz,    #1900,
             Chicago, IL 60654-1421
21096857  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    successor to COMENITY BANK,
             Brylane Home,   POB 41067,    Norfolk, VA 23541)
20454346   +Reverse Mortgage Solutions,   Attn: Bankruptcy Dept.,    5010 Linbar Dr., Ste. 100,
             Nashville, TN 37211-5064
20454328   +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,    Chester, PA 19016-1000
20454336    Willie Grant,   4235 W. Cullerton St. Fl 2,    Chicago, IL 60623-2716
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20454322   +E-mail/Text: bk@hillcrestdavidson.com Nov 27 2013 01:22:29      AMP Alarm,
             C/O Hillcrest Davidson & A,    850 N Dorothy Dr Ste 512,   Richardson, TX 75081-2794
20472214   +E-mail/Text: g20956@att.com Nov 27 2013 01:24:37      AT&T,   BK Dept,   PO Box 6416,
             Carol Stream, IL 60197-6416
20750088    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 27 2013 01:32:44
             American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
             Oklahoma City, OK  73126-8941
20749652   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 27 2013 01:22:52      Asset Acceptance LLC,
             assignee Capital One Bank, NA,    PO Box 2036,   Warren, MI 48090-2036
20749650   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 27 2013 01:22:52
             Asset Acceptance LLC assignee  CAPITAL ONE,   PO Box 2036,    Warren, MI 48090-2036
20454342    E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 27 2013 01:22:52      Asset Acceptance/Capital One,
             Bankruptcy Department,    PO Box 795161,   San Antonio, TX 78279-5161
20454321   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 27 2013 01:22:52      Capital ONE BANK  NA,
             C/O Asset Acceptance LLC,    Po Box 2036,   Warren, MI 48090-2036
21060538    E-mail/PDF: rmscedi@recoverycorp.com Nov 27 2013 01:32:49      Capital Recovery V, LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
20454324   +E-mail/Text: bankruptcydpt@mcmcg.com Nov 27 2013 01:23:00      Chase Bank USA,
             C/O Midland Funding,    8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
20472215   +E-mail/Text: bknotice@erccollections.com Nov 27 2013 01:23:13      Enhanced Recovery Company,
             8014 Bayberry Rd,   Jacksonville, FL 32256-7412
20454335    E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2013 01:47:22      Gecrb/JCP,   Attn: Bankruptcy Dept.,
             Po Box 984100,   El Paso, TX 79998
20454339   +E-mail/Text: bankruptcydpt@mcmcg.com Nov 27 2013 01:23:00      Midland Funding, LLC/Chase,
             Bankruptcy Department,    8875 Aero Drive, # 200,   San Diego, CA 92123-2255
                                                                                              TOTAL: 12
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-1          User: nmolina              Page 2 of 2                   Date Rcvd: Nov 26, 2013
                              Form ID: pdf006            Total Noticed: 39

20454330*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     Attn: Bankruptcy Dept.,    Po Box 85520,
                 Richmond, VA 23285)
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2013                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2013 at the address(es) listed below:
              Allan J DeMars    alland1023@aol.com
              Lyudmila  Kishchun    on behalf of Debtor Alisha A Grant ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3